IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | | |
|---|---|---|
| LOGAN MULLINS, individually and on behalf of all others similarly situated, | § § § | |
| Plaintiff, | § § | |
| v. | § § | Civil Action No. 4:18-CV-025-Y |
| AZZ, INC.; THOMAS E. FERGUSON; and PAUL W. FEHLMAN, | § § § § | |
| Defendants. | § | |

## ORDER GRANTING MOTION FOR EXTENSION OF TIME

On this day came to be considered Defendants' Unopposed Motion for Extension of Time for Defendants to File Their Answer Or Otherwise Move In Response to Plaintiff's Class Action Complaint (doc. 6). After considering the motion, this Court concludes that it should be and hereby is GRANTED.

It is, therefore, ORDERED that Defendants may file their answers or other responses to Plaintiff's Class Action Complaint up to, and including, forty-five (45) days after the appointment of lead plaintiff and lead counsel.

SIGNED February 15, 2018.

_____
TERRY R. MEANS
UNITED STATES DISTRICT JUDGE