**UNITED STATES DISTRICT COURT**
**NOTHERN DISTRICT OF TEXAS**

| | |
|---|---|
| LOGAN MULLINS, Individually and on Behalf of All Others Similarly Situated, | ) **CIVIL ACTION NO. 4:18-CV-00025** |
| Plaintiff, | ) |
| v. | ) |
| AZZ, INC., THOMAS E. FERGUSON, AND PAUL FEHLMAN, | ) |
| Defendants. | ) |

**NOTICE OF OKLAHOMA LAW ENFORCEMENT**
**RETIREMENT SYSTEM'S MOTION FOR APPOINTMENT**
**AS LEAD PLAINTIFF AND APPROVAL OF COUNSEL**

00453831;V1

PLEASE TAKE NOTICE that class member Oklahoma Law Enforcement Retirement System ("Oklahoma") hereby moves this Court pursuant to the Private Securities Litigation Reform Act of 1995, 15 U.S.C. § 78u-4, at the United States District Court for the Northern District of Texas, located at the Earle Cabell Federal Building, 1100 Commerce Street, Dallas, TX 75242, before the Honorable Terry R. Means at _____, or at whatever time is convenient for the Court, for an Order: (1) appointing Oklahoma to serve as lead plaintiff; and (2) approving Oklahoma's choice of counsel.  In support of its motion, Oklahoma submits:  (a) a Memorandum of Law, dated March 12, 2018; (b) a Declaration of Joseph R. Seidman, Jr., dated March 12, 2018; and (c) a (Proposed) Order granting Oklahoma's motion to be appointed as lead

00453831;V1

plaintiff and for approval of its choice of counsel.

Dated:   March 12, 2018

**CRAWFORD, WISHNEW & LANG PLLC**
/s/ *Trey Crawford*
Trey Crawford
State Bar No. 24059623
tcrawford@cwl.law
Mark "T.J." Jones
State Bar No. 24097900
tjjones@cwl.law
1700 Pacific Avenue, Ste 2390
Dallas, TX 75201
Telephone: (214) 817-4500

**Liaison Counsel for Oklahoma Law Enforcement Retirement System and Proposed Liaison Counsel for the Proposed Class**

**BERNSTEIN LIEBHARD LLP**
Stanley D. Bernstein
Laurence J. Hasson
Joseph R. Seidman, Jr.
10 East 40th Street
New York, NY  10016
Telephone:  (212) 779-1414

**Counsel for Oklahoma Law Enforcement Retirement System and Proposed Lead Counsel for the Proposed Class**