UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF TEXAS

FORT WORTH DIVISION

| | | |
|---|---|---|
| LOGAN MULLINS, Individually and on Behalf of All Others Similarly Situated, | § § § | Civil Action No. 4:18-cv-00025-Y |
| | § | CLASS ACTION |
| Plaintiff, | § § | |
| vs. | § § | |
| AZZ, INC., et al., | § § | |
| Defendants. | § § § | |

**NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO FED. R. CIV. P. 41(a)(1)**

PLEASE TAKE NOTICE THAT Lead Plaintiff IBEW Local 353 Pension Plan hereby voluntarily dismisses the complaint without prejudice against all defendants. A class has not been certified in this action and no defendant in this action has served an answer or motion for summary judgment.

DATED: October 8, 2018

ROBBINS GELLER RUDMAN
  & DOWD LLP
SPENCER A. BURKHOLZ
DOUGLAS R. BRITTON
DANIELLE S. MYERS

s/ Danielle S. Myers
DANIELLE S. MYERS

655 West Broadway, Suite 1900
San Diego, CA  92101
Telephone:  619/231-1058
619/231-7423 (fax)
spenceb@rgrdlaw.com
dougb@rgrdlaw.com
danim@rgrdlaw.com

Lead Counsel for Plaintiff

KENDALL LAW GROUP, PLLC
JOE KENDALL (Texas Bar No. 11260700)
JAMIE J. McKEY (Texas Bar No. 24045262)
3811 Turtle Creek Blvd., Suite 1450
Dallas, TX  75219
Telephone:  214/744-3000
214/744-3015 (fax)
jkendall@kendalllawgroup.com
jmckey@kendalllawgroup.com

Local Counsel

KOSKIE MINSKY LLP
MICHAEL MAZZUCA
20 Queen Street West
Suite 900, Box 52
Toronto, Ontario M5H 3R3
Telephone:  416/977-8353
416/977-3316 (fax)

Additional Counsel for Plaintiff

## **CERTIFICATE OF SERVICE**

I hereby certify that the foregoing was served upon its filing via this Court's CM/ECF system on this 8th day of October, 2018, to all counsel of record.

                                                     s/ Danielle S. Myers
                                                   DANIELLE S. MYERS