```
            IN THE UNITED STATES DISTRICT COURT
            FOR THE NORTHERN DISTRICT OF TEXAS
                     FORT WORTH DIVISION

LOGAN MULLINS, ET AL.           §
                                §
VS.                             §   ACTION NO. 4:18-CV-025-Y
                                §
AZZ, INC., ET AL.               §
```

FINAL JUDGMENT

In accordance with the October 8, 2018 Notice of Voluntary Dismissal Pursuant to Fed. R. Civ. P. 41(a)(1)[1] filed by lead plaintiff, IBEW Local 353 Pension Plan,[2] and Federal Rule of Civil Procedure 58, all claims are hereby DISMISSED WITHOUT PREJUDICE to their refiling. All costs of Court under 28 U.S.C. § 1920 shall be borne as agreed by the parties, or, if no agreement has been reached, by the party incurring them.

SIGNED January 16, 2019.

_____
TERRY R. MEANS
UNITED STATES DISTRICT JUDGE

---

[1] The Court did not receive a paper copy of the notice and, as a result, only recently learned of its filing. Counsel are reminded of this Court's requirement that a paper copy of every filed document be transmitted to chambers upon electronic filing of the document. *See* N.D. Tex. L. Civ. R. 5.1(b); ECF Admin. Procedures Manual at 3, ¶ II(C).

[2] IBEW Local 353 Pension Plan was appointed lead plaintiff in an order filed on August 9, 2018.

FINAL JUDGMENT - Page Solo
TRM/chr